**Order filed October 31, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00534-CV
_____

**JASON FRANCIS, Appellant**

**V.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A. AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I, INC., TRUST 2005-WMC, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-WMC6, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71266**

## ORDER

This appeal is from a judgment signed May 17, 2013. The record reflects the notice of appeal listed both Jason Francis and Sean Simmonds as appellants, but it was not personally signed by either pro se appellant as required by Texas Rule of Appellate Procedure 9.1(b). Accompanying the notice of appeal is an affidavit of indigence, prepared and personally signed by Jason Francis. We thus

hold the notice of appeal was "signed" within the meaning of Rule 9.1(b) by Jason Francis. *See Green v. Midland Mortgage Co.,* 342 S.W.3d 686, 690 n. 5 (Tex. App.—Houston [14th Dist.] 2011, no pet.).

However, a pro se party cannot file a notice of appeal on behalf of another person. *Paselk v. Rabun*, 293 S.W.3d 600, 606 (Tex. App.—Texarkana 2009, pet denied). On September 10, 2013, notification was transmitted of the court's intention to dismiss the appeal for want of jurisdiction unless a response was filed showing meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed. Accordingly, Sean Simmonds is not a party to this appeal.

PER CURIAM


Panel consists of Justices Christopher, McCally and Busby.